# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vinson, Roger | District Court - NDFL | 08/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Arnow Federal Building
100 North Palafox Street
Pensacola, FL 32502

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman | J. Hugh and Earle W. Fellows Memorial Fund |
| 2. | Vice Chairman | Vinson Cemetery Fund |
| 3. | Chairman | Pensacola Camellia Club Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 10

**Name of Person Reporting**

Vinson, Roger

**Date of Report**

08/01/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Florida Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University LEC Seminar | 3/20/2016 to 03/22/2016 | Charleston, South Carolina | Symposium on Public Pension Reform | Transportation expenses; food and lodging |
| 2. | Duke Law School | 10/05/2016 to 10/8/2017 | San Diego, California | Class Action Conference | Transportatoin expenses; food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vinson, Roger** | 08/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land ( _____ ) | | None | N | W | | | | | |
| 2. Condominium ( _____ ) | | None | O | W | | | | | |
| 3. Allergan | | None | K | T | | | | | |
| 4. Apple | A | Dividend | K | T | | | | | |
| 5. Catepillar | B | Dividend | K | T | | | | | |
| 6. Cisco | A | Dividend | J | T | | | | | |
| 7. Corelogic | | None | J | T | | | | | |
| 8. Exxon Mobil | B | Dividend | L | T | | | | | |
| 9. First American Financial | A | Dividend | J | T | | | | | |
| 10. General Electric | A | Dividend | K | T | | | | | |
| 11. Gilead Sciences | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 12. Gilead Sciences | A | Dividend | J | T | Sold (part) | 12/08/16 | J | A | |
| 13. Goldcorp | A | Dividend | J | T | | | | | |
| 14. HCP | A | Dividend | J | T | | | | | |
| 15. I Shares Silver | | None | J | T | | | | | |
| 16. IBM | A | Dividend | K | T | Buy | 02/04/16 | J | | |
| 17. Intel | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intuitive Surgical | | None | K | T | | | | | |
| 19. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 20. McDonalds | C | Dividend | M | T | | | | | |
| 21. Merck & Co. | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 22. Microchip Technology | B | Dividend | K | T | | | | | |
| 23. Microsoft | A | Dividend | J | T | | | | | |
| 24. Myriad Genetics | | None | J | T | | | | | |
| 25. Myrexis | | None | J | T | | | | | |
| 26. Myriad Pharmaceuticals | | None | J | T | | | | | |
| 27. NRG Energy | | None | J | T | | | | | |
| 28. Pioneer Nat. Res. | A | Dividend | K | T | | | | | |
| 29. Proshares Treasury Ultrashort | | None | J | T | Buy | 07/08/16 | J | | |
| 30. Quality Care PPTYS | | None | J | T | Spinoff (from line 16) | 11/11/16 | J | | |
| 31. Regions Financial | A | Dividend | J | T | | | | | |
| 32. Silver Wheaton | A | Dividend | J | T | | | | | |
| 33. Southern Company | A | Dividend | K | T | | | | | |
| 34. Summit Municipal | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TECO | A | Dividend | | | Sold | 07/01/16 | J | C | |
| 36. T. Rowe Price Tax-Free Fund | B | Dividend | L | T | | | | | |
| 37. Walmart | B | Dividend | L | T | | | | | |
| 38. 403(b) Nationwide Annuity | D | Distribution | L | W | | | | | |
| 39. IRA Price Funds | C | Dividend | L | T | | | | | |
| 40. - Floating Rate X | A | Interest | J | T | | | | | |
| 41. - Spectrum Growth | A | Dividend | J | T | | | | | |
| 42. - Dividend Growth X | A | Dividend | J | T | | | | | |
| 43. - Spectrum Income | A | Dividend | J | T | | | | | |
| 44. - Spectrum International | A | Dividend | J | T | | | | | |
| 45. - Short Term Bond X | A | Interest | K | T | | | | | |
| 46. Members First Credit Union, Pensacola, FL - Savings | A | Interest | J | T | | | | | |
| 47. Regions Bank, Accounts | A | Interest | J | T | | | | | |
| 48. Gulf Coast Bank Account | B | Interest | K | T | | | | | |
| 49. Life Insurance (Whole) (Navy Mutual Aid) | | None | L | W | | | | | |
| 50. IRA - Vanguard Group | E | Distribution | O | T | | | | | |
| 51. - STAR Fund | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - Wellesley | B | Dividend | M | T | | | | | |
| 53.  - Wellington | B | Dividend | M | T | | | | | |
| 54.  - Energy Fund | B | Dividend | L | T | | | | | |
| 55.  -Health Care | B | Dividend | M | T | | | | | |
| 56.  -Short Term Inv. Grade | B | Dividend | L | T | | | | | |
| 57.  -Dividend Growth - Vanguard Group | B | Dividend | L | T | | | | | |
| 58.  Western Asset Municipal Money Market Fund | A | Interest | L | T | | | | | |
| 59.  Apple | A | Dividend | K | T | | | | | |
| 60.  Automatic Data Processing | A | Dividend | J | T | | | | | |
| 61.  American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 62.  CDK | A | Dividend | J | T | | | | | |
| 63.  Cisco Sys Inc. | A | Dividend | K | T | | | | | |
| 64.  Walt Disney Co. | B | Dividend | M | T | | | | | |
| 65.  Eaton Corp | A | Dividend | J | T | | | | | |
| 66.  Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 67.  Fortune Brands Inc. | A | Dividend | K | T | | | | | |
| 68.  Goldcorp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gilead Sciences | A | Dividend | J | T | Buy | 11/07/16 | J | | |
| 70. Gilead Sciences | A | Dividend | J | T | Sold (part) | 12/08/16 | J | A | |
| 71. Home Depot Inc. | A | Dividend | L | T | | | | | |
| 72. Intel Corp. | A | Dividend | K | T | | | | | |
| 73. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 74. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 75. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 76. Royce Value Fund | | None | J | T | Buy | 12/04/16 | J | | |
| 77. Southern Co. | A | Dividend | K | T | | | | | |
| 78. Wal-Mart Stores, Inc. | B | Dividend | L | T | | | | | |
| 79. Waste Management Inc. | A | Dividend | J | T | | | | | |
| 80. Wells Fargo & CO. New | A | Dividend | K | T | | | | | |
| 81. Legg Mason Western Asset Intermediate-Term Municipals | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 08/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger Vinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544